FILED
2020 Dec-08 AM 10:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DONALD J. MYRICK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:19-cv-1417-AMM |
| | ) |
| **ALABAMA & TENNESSEE RIVER RAILWAY, LLC, OMNITRAX, INC., and CSX TRANSPORTATION, INC.,** | ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before Monday, February 8, 2021, that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 8th day of December, 2020.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE